Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), entered July 2, 2014. The judgment convicted defendant, upon his plea of guilty, of falsely reporting an incident in the third degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Harris* ([appeal No. 4] 147 AD3d 1375 [2017]). Present—Peradotto, J.P., Carni, DeJoseph, NeMoyer and Curran, JJ.

■ The People of the State of New York, Respondent, v Randolph Harris, Appellant. (Appeal No. 2.) [45 NYS3d 848]— Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), entered July 2, 2014. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Harris* ([appeal No. 4] 147 AD3d 1375 [2017]). Present—Peradotto, J.P., Carni, DeJoseph, NeMoyer and Curran, JJ.

■ The People of the State of New York, Respondent, v Randolph Harris, Appellant. (Appeal No. 3.) [45 NYS3d 847]— Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), entered July 2, 2014. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Harris* ([appeal No. 4] 147 AD3d 1375 [2017]). Present—Peradotto, J.P., Carni, DeJoseph, NeMoyer and Curran, JJ.

■ The People of the State of New York, Respondent, v Randolph Harris, Appellant. (Appeal No. 4.) [47 NYS3d 540]—

Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), entered July 2, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously modified on the law by directing that the sentence shall run concurrently with the sentences imposed for the violation of probation convictions under indictment Nos. 2013-